UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK by
ANDREW M. CUOMO, Attorney General of the State of
New York,

                              Plaintiff,

against,

FIRST AMERICAN CORPORATION and FIRST
AMERICAN EAPPRAISEIT,

                              Defendants.



JUDGE SWAIN

Civ. Action No. 07-CV 10397

## STATEMENT PURSUANT TO RULE 7.1
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant The First American Corporation (a private non-governmental party) certifies that said party is a publicly held corporation and there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.[1]

Dated: New York, New York
       November 16, 2007

                                                  THACHER PROFFITT & WOOD LLP

                                                  By: _____

                                                  Richard F. Hans
                                                  Patrick J. Smith
                                                  Kerry Ford Cunningham
                                                  Two World Financial Center
                                                  New York, New York 10281
                                                  (212) 912-7400
                                                  *Attorneys for The First American*
                                                  *Corporation and eAppraiseIT, LLC*

---

[1] The Complaint names First American Corporation and First American eAppraiseIT as defendants. The proper legal names of these entities are The First American Corporation and eAppraiseIT, LLC.