UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by ANDREW M. CUOMO, Attorney General of the State of New York, <br><br> Plaintiff, <br><br> *against*, <br><br> FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT, <br><br> Defendants. | Civ. Action No.: |

**STATEMENT PURSUANT TO RULE 7.1
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant eAppraiseIT, LLC (a private non-governmental party)[1] certifies to the following:

eAppraiseIT, LLC is a wholly owned by First American Real Estate Solutions LLC which is 80% owned by First American Real Estate Information Services, Inc. and 20% owned by Experian Information Solutions, Inc. First American Real Estate Information Services, Inc. is wholly owned by The First American Corporation which is a publicly held corporation.

---

[1] The Complaint names First American Corporation and First American eAppraiseIT as defendants. The proper legal names of these entities are The First American Corporation and eAppraiseIT, LLC.

Dated: New York, New York
November 16, 2007

                                  THACHER PROFFITT & WOOD LLP

                                  By: _____

                                  Richard F. Hans
                                  Patrick J. Smith
                                  Kerry Ford Cunningham
                                  Two World Financial Center
                                  New York, New York 10281
                                  (212) 912-7400

                                  *Attorneys for The First American*
                                  *Corporation and eAppraiseIT, LLC*