UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by ANDREW M. CUOMO, Attorney General of the State of New York, <br><br> Plaintiff, <br><br> -against- <br><br> FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT, <br><br> Defendants. | **ECF CASE** <br><br> Index No. 07 CV 10397 (LTS) <br><br> **AFFIDAVIT OF SERVICE** |

------------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JONATHAN WILSON, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and resides at 657 Crotona Park North, Bronx, New York 10457.

On November 16, 2007, deponent served: (i) Notice of Removal; (ii) Two Disclosure Statements Pursuant To Federal Rule Of Civil Procedure 7.1; (iii) Individual Practices Of Judge Laura T. Swain; (iv) Individual Practices Of Magistrate Judge Henry Pitman; (v) 3rd Amended Instructions For Filing An Electronic Case Or Appeal; (vi) Procedures For Electronic Case Filing and; (vii) Guidelines For Electronic Case Filing upon Christopher Mulvihill, Assistant Attorney General, Investor Protection Bureau, New York Attorney General's Office, by personally delivering to his office located at 120 Broadway, New York, New York 10271, and leaving with Ms. Stephanie Rosenberg, Managing Clerk, true and correct copies thereof.

Ms. Rosenberg is a Caucasian Female, about 60 years of age, 5'5" 140 lbs. and has blonde hair.

Ms. Rosenberg accepted service on behalf of Christopher Mulvihill, Assistant Attorney General.

*JONATHAN E. WILSON*

Sworn to before me this
16th day of November, 2007

_____
Notary Public

NEIL T. BLOOMFIELD
NOTARY PUBLIC, State of New York
No. 02BL6117385
Qualified in New York County
Commission Expires October 25, 2008