UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by ANDREW M. CUOMO, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>*against,*<br><br>FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT,<br><br>Defendants. | ECF Case<br><br>Civ. Action No.: 07-10397 (LTS) (HP)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

MARY H. MULHEARN, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address of Two World Financial Center, New York, NY 10281.

On November 26, 2007, deponent served the Defendants' Notice of Motion to Dismiss the Complaint, its accompanying Memorandum of Law and the accompanying Declaration of Richard F. Hans upon Nicole Gueron, Deputy Chief Trial Counsel, New York Attorney General's Office, by causing a true and correct copy of same to be deposited into the custody of Federal Express, enclosed in properly addressed postage paid wrappers to:

> Nicole Gueron, Esq.
> Deputy Chief Trial Counsel
> Office of the Attorney General
> State of New York
> 120 Broadway, 23rd Floor
> New York, NY 10271

*[signature]*
Mary H. Mulhearn

Sworn to before me this
27 day of November, 2007

*[signature]*
Notary Public

LISA A. HERBERT
NOTARY PUBLIC, State of New York
No. 02HE6172161
Qualified in Kings County
Commission Expires August 6, 2011