UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by ANDREW M. CUOMO, Attorney General of the State of New York,<br><br>           Plaintiff,<br><br>       *against*,<br><br>FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT,<br><br>           Defendants. | ECF Case<br><br>Civ. Action No.: 07-10397 (LTS) (HP)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
          ) ss.:
COUNTY OF NEW YORK )

  MARY H. MULHEARN, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address of Two World Financial Center, New York, NY 10281.

  On November 28, 2007, deponent served the Initial Conference Order issued by this Court on November 27, 2007 upon Nicole Gueron, Deputy Chief Trial Counsel, New York Attorney General's Office, by causing a true and correct copy of same to be deposited into the custody of the United States Postal Service, enclosed in properly addressed postage paid wrappers to:

        Nicole Gueron, Esq.
        Deputy Chief Trial Counsel
        Office of the Attorney General
        State of New York
        120 Broadway, 23rd Floor
        New York, NY 10271

*[signature: Mary H. Mulhearn]*

Mary H. Mulhearn

Sworn to before me this
28 day of November, 2007

*[signature: Lisa A. Herbert]*

Notary Public

LISA A. HERBERT
NOTARY PUBLIC, State of New York
No. 02HE6172161
Qualified in Kings County
Commission Expires August 6, 2011