## CERTIFICATE OF SERVICE

      I, Nicole Gueron, hereby certify that on November 29, 2007, I served copies of Memo Endorsement dated November 29, 2007 from Judge Laura Taylor Swain on the following parties by way of email:

Patrick J. Smith, Esq.
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Richard F. Hans, Esq.
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Kerry F. Cunningham, Esq.
Thacher, Proffitt & Wood LLP
50 Main Street
White Plains, NY 10606


Dated: December 3, 2007                                          S/ Nicole Gueron