UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK by ANDREW M. CUOMO, Attorney General of the State of New York,

Plaintiff,

-against-

FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT,

Defendants.

ECF Case

07 Civ. 10397 (LTS) (HBP)

ORAL ARGUMENT REQUESTED

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO REMAND TO NEW YORK STATE COURT**

ANDREW M. CUOMO
Attorney General of the State of New York
120 Broadway, 25th Floor
New York, New York 10271
Tel: (212) 416-6053

NICOLE GUERON
RICHARD DEARING
CHRISTOPHER MULVIHILL

– of counsel –

# TABLE OF CONTENTS

PAGE

TABLE OF AUTHORITIES . . . . . ii

PRELIMINARY STATEMENT . . . . . 1

BACKGROUND . . . . . 2

A. Procedural History . . . . . 2

B. The Attorney General's Complaint . . . . . 2

ARGUMENT

THIS CASE SHOULD BE REMANDED TO NEW YORK STATE COURT BECAUSE THIS COURT LACKS SUBJECT MATTER JURISDICTION OVER THE STATE-LAW CLAIMS ALLEGED IN THE COMPLAINT . . . . . 5

A. No Question of Federal Law Is a Necessary Element of the State's Claims for Relief . . . . . 8

B. Any Federal Question Implicated Here Is Not Substantial . . . . . 11

C. A Finding of Federal Question Jurisdiction Would Disturb the Balance of Federal and State Judicial Responsibilities . . . . . 13

CONCLUSION . . . . . 14

## TABLE OF AUTHORITIES

### CASES

PAGE

Avco Corp. v. Aero Lodge No. 735,
390 U.S. 557 (1968) . . . . . 7

Beneficial Nat'l Bank v. Anderson,
539 U.S. 1 (2003) . . . . . 7

Broder v. Cablevision Sys. Corp.,
418 F.3d 187 (2d Cir. 2005) . . . . . 9

Christianson v. Colt Indus. Operating Corp.,
486 U.S. 800 (1988) . . . . . 9

Dalton v. Pataki,
5 N.Y.3d 243 (2005) . . . . . 7

Eastman v. Marine Mech. Corp.,
438 F.3d 544 (6th Cir. 2006) . . . . . 14

Empire Healthchoice Assurance, Inc. v. McVeigh,
547 U.S. __, 126 S. Ct. 2121 (2006) . . . . . 8, 9, 11, 12

Franchise Tax Bd. v. Constr. Laborers Vacation Trust,
463 U.S. 1 (1983) . . . . . 6

Grable & Sons Metal Prods., Inc. v. Darue Engineering & Mfg.,
545 U.S. 308 (2005) . . . . . passim

Gully v. First Nat'l Bank in Meridian,
299 U.S. 109 (1936) . . . . . 6

Illinois v. City of Milwaukee,
406 U.S. 91 (1972) . . . . . 6

Kantha v. Pac. Life Ins. Co.,
No. 06-0905, 2006 U.S. Dist. LEXIS 63285 (D.N.J. Sept. 6, 2006) . . . . . 14

Matter of Council of City of N.Y. v. Bloomberg,
6 N.Y.3d 380 (2006) . . . . . 7

## TABLE OF AUTHORITIES (cont'd)

**CASES**

**PAGE**

Matter of State of New York v. Citibank, N.A.,
537 F. Supp. 1192 (S.D.N.Y. 1982) . . . . . . . . . . 10-11

Metropolitan Life Ins. Co. v. Taylor,
481 U.S. 58 (1987) . . . . . . . . . . 7

Ohio v. Wyandotte Chems. Corp.,
401 U.S. 493 (1971) . . . . . . . . . . 6

People v. Dell, Inc.,
No. 1:07-CV-0572, 2007 U.S. Dist. LEXIS 77152 (Oct. 16, 2007) . . . . . . . . . . 10

Rosario v. Diagonal Realty, LLC,
8 N.Y.3d 755 (2007), petition for cert. filed,
76 U.S.L.W. 3189 (U.S. Oct. 8, 2007) (No.07-446) . . . . . . . . . . 6-7

Rubin v. MasterCard Int'l LLC,
342 F. Supp. 2d 217 (S.D.N.Y. 2004) . . . . . . . . . . 5, 13

State of California v. H & R Block, Inc.,
2006 U.S. Dist. LEXIS 69472 (N.D. Cal. Sept. 18, 2006) . . . . . . . . . . 5-6, 10, 13

Stechler v. Sidley Austin Brown & Wood, LLP,
No. 05-3485, 2005 U.S. Dist. LEXIS 39213 (D.N.J. Dec. 14, 2005) . . . . . . . . . . 14

**FEDERAL STATUTES AND REGULATIONS**

12 U.S.C. § 3332 . . . . . . . . . . 12

12 U.S.C. § 3336 . . . . . . . . . . 12

12 U.S.C. § 3338 . . . . . . . . . . 12

12 U.S.C. § 3342 . . . . . . . . . . 12

12 U.S.C. § 3345 . . . . . . . . . . 12

## TABLE OF AUTHORITIES (cont'd)

### FEDERAL STATUTES AND REGULATIONS

PAGE

12 U.S.C. § 3346 . . . . . 12

12 U.S.C. § 3347 . . . . . 12

12 U.S.C. § 3348 . . . . . 5, 12

12 U.S.C. § 3350 . . . . . 12

12 U.S.C. § 3351 . . . . . 12

26 U.S.C. § 6335 . . . . . 9

28 U.S.C. § 1331 . . . . . 1, 6

28 U.S.C. § 1441 . . . . . 2, 5

28 U.S.C. § 1446 . . . . . 2

28 U.S.C. § 1447. . . . . . 1

12 C.F.R. Part 564 . . . . . 12

12 C.F.R. § 564.4 . . . . . 5

12 C.F.R. § 564.5 . . . . . 5

### NEW YORK STATUTES AND REGULATIONS

Executive Law § 63 . . . . . passim

Executive Law § 160 . . . . . 4

Executive Law § 160-u . . . . . 12

Executive Law § 160-v . . . . . 12

Executive Law § 160-w . . . . . 12

Executive Law § 160-y . . . . . 4

## TABLE OF AUTHORITIES (cont'd)

### NEW YORK STATUTES AND REGULATIONS

PAGE

General Business Law article 22-A . . . . . 2

General Business Law § 349 . . . . . 2, 4

9 N.Y.C.R.R. Subpart 188-5 . . . . . 4

19 N.Y.C.R.R. Part 1101 . . . . . 4

19 N.Y.C.R.R. § 1106.1 . . . . . 4

### MISCELLANEOUS AUTHORITIES

USPAP Ethics Rule (Conduct), available at
http://commerce.appraisalfoundation.org/html/2006%20USPAP/ETHICS_RULE.htm . . . . . 4