UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
THE PEOPLE OF THE STATE OF NEW YORK    :
by ANDREW M. CUOMO, Attorney General of :
the State of New York,                 :
                                       :
                                       :
              Plaintiff,               :    07 Civ. 10397 (LTS) (HBP)
                                       :
       -against-                       :
                                       :
                                       :
FIRST AMERICAN CORPORATION and         :
FIRST AMERICAN EAPPRAISEIT,            :
                                       :
                                       :
              Defendants.              :
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed with the Clerk of the District Court using the CM/ECF system Plaintiff's Notice of Motion and Memorandum of Law in Support of its Motion to Remand to New York State Court, which sent notification to the following:

1.   Kerry F. Cunningham, Esq.
     Thacher Proffitt & Wood LLP
     50 Main Street
     White Plains, NY 10606

2.   Richard F. Hans, Esq.
     Thacher Proffitt & Wood LLP
     Two World Financial Center
     New York, NY 10281

3.   Patrick J. Smith, Esq.
     Thacher Proffitt & Wood LLP
     Two World Financial Center
     New York, NY 10281

I hereby certify that on December 4, 2007, I mailed via first class mail the foregoing to the above parties.

*Christopher Mulvihill*