UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK by ANDREW M. CUOMO, Attorney General of the State of New York,<br><br>                                                            Plaintiff,<br><br>                *against,*<br><br>FIRST AMERICAN CORPORATION and FIRST AMERICAN EAPPRAISEIT,<br><br>                                                            Defendants. | **ECF Case**<br><br>Civ. Action No.:  07-10397 (LTS) (HP) |

        Defendants The First American Corporation and eAppraiseIT, LLC ("eAppraiseIT") (The First American Corporation and eAppraiseIT collectively, "First American"), by and through their attorneys, Thacher Proffitt & Wood LLP, respectfully submit the following pursuant to paragraph 3 of the Initial Conference Order dated November 27, 2007.

        1.       The only defendants in this action are The First American Corporation and eAppraiseIT who both joined in the notice of removal of this action.

        2.       The notice of removal was timely filed within 30 days of service of the Summons and Complaint on First American.

        3.       This action was removed on the basis of federal question jurisdiction, not diversity.

        4.       This action was removed on the basis of federal question jurisdiction, not diversity.

                                            Respectfully submitted,

Dated: New York, New York
       December 11, 2007

                                            THACHER PROFFITT & WOOD LLP

                                            By:  /s/ Richard F. Hans
                                                  Richard F. Hans
                                                  Patrick J. Smith
                                                  Kerry Ford Cunningham

                                            Two World Financial Center
                                            New York, New York 10281
                                            Tel.: (212) 912-7400
                                            rhans@tpw.com
                                            psmith@tpw.com
                                            kcunningham@tpw.com

                                            *Attorneys for The First American Corporation and eAppraiseIT, LLC*