UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

The People of the State of New York by
Andrew M. Cuomo, Attorney General of the
State of New York,

          Plaintiff,

-v-                                      No. 07 Civ. 10397 (LTS)(HBP)

First American Corporation and First
American Eappraisett,

          Defendant.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 4 2008

### ORDER[1]

It is hereby ordered that, in light of the current motion briefing schedule and pending motions, the initial pre-trial conference in the above-captioned matter that was scheduled for Friday, February 15, 2008, at 3:15 p.m., is adjourned to April 4, 2008, at 2:00 p.m.

        SO ORDERED.

Dated: New York, New York
       January 14, 2008

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order for each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are unrepresented. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel for any party who have not registered for ECF are ordered to register as filing users in accordance with the Procedures for Electronic Case Filing immediately.*

ADJCONF.WPD          VERSION 1/14/08          1