UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK :
by ANDREW M. CUOMO, Attorney General of :
the State of New York,

                Plaintiff,

    -against-

FIRST AMERICAN CORPORATION and
FIRST AMERICAN EAPPRAISEIT,

                Defendants.
------------------------------------------------------------x

ECF Case

07 Civ. 10397 (LTS) (HBP)

~~PROPOSED~~
**STIPULATION AND ORDER**

WHEREAS, on November 1, 2007, Plaintiff filed this lawsuit in New York State Supreme Court, New York County, pursuant to New York Executive Law § 63(12), New York General Business Law Article 22-A, and New York common law;

WHEREAS, on November 16, 2007, Defendants removed the state proceeding to this Court, pursuant to 28 U.S.C. §§ 1441 and 1446;

WHEREAS, on November 26, 2007, Defendants filed a motion to dismiss this lawsuit, pursuant Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss");

WHEREAS, on December 3, 2007, Plaintiff filed a motion to remand this lawsuit to the Supreme Court of New York, New York County, pursuant to 28 U.S.C. § 1447 (the "Motion to Remand");

WHEREAS, the parties have agreed to extend the dates by which the memoranda of law on the above-named motions are due;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that:

Page 1 of 2



1.  Plaintiff's memorandum of law in opposition to the Motion to Dismiss and Defendants' memorandum of law in opposition to the Motion to Remand shall be filed and served on adversary counsel on or before February 6, 2008.

2.  Plaintiff's reply memorandum of law in support of the Motion to Remand and Defendants' reply memorandum of law in support of the Motion to Dismiss shall be filed and served on adversary counsel on or before February 22, 2008.

Dated: New York, New York
January 15, 2008

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Plaintiff

By: _____
NICOLE GUERON (NG-7682)
Deputy Chief Trial Counsel
120 Broadway, 25th Floor
New York, New York 10271
Tel: (212) 416-6053
Nicole.Gueron@oag.state.ny.us

Dated: New York, New York
January 15, 2008

THACHER PROFFITT & WOOD LLP
Attorneys for Defendants

By: _____
RICHARD F. HANS
Two World Trade Center
New York, New York 10281
Tel: (212) 912-7400
rhans@tpw.com

IT IS SO ORDERED.

_____ 1/18/2008
Hon. Laura Taylor Swain, U.S.D.J.